IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT SANDOVAL, | No. C 10-01066 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ZILLIONTV CORPORATION, ET AL., | |
| Defendants. | |

Summary judgment is granted in favor of defendant Qwest Communication International, Inc. and against plaintiff. The claims against all other defendants are dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: December 17, 2010

SUSAN ILLSTON
United States District Judge